| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| ANTOINE MARIO THOMAS,<br><br>      Plaintiff,<br><br>*versus*<br><br>R. HARRIS,<br><br>      Defendant. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:18-CV-131<br>§<br>§<br>§<br>§ |

**MEMORANDUM ORDER PARTIALLY ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Antoine Mario Thomas, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against R. Harris.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties. However, plaintiff filed a motion to dismiss the action. Pursuant to Fed. R. Civ. P. 41(a), plaintiff is entitled to dismiss the action without prejudice because the defendant has not filed an answer or motion for summary judgment. Therefore, the dismissal should be without prejudice.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED** to the extent the report recommends

dismissal. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 7th day of June, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE